UNITED STATES of America, Plaintiff–Appellee

v.

Eric Dwayne WILLIAMS, also known as Eric Dwane Williams, also known as Eric D. Williams, also known as Eric Demitrius Williams, also known as Demitrius Williams, Defendant–Appellant.

No. 15–30275
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 17, 2016.

Carol Mignonne Griffing, Assistant U.S. Attorney, Robert Watts Gillespie, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eric Dwayne Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 229 (5th Cir.2011). Williams has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Williams's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.